# Exhibit A

10/14/22, 9:39 AM                                 Company Profile – Vonovia – Investor Relations

**Diese Webseite verwendet Cookies**

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, Funktionen für soziale Medien anbieten zu können und die Zugriffe auf unsere Website zu analysieren. Außerdem geben wir Informationen zu Ihrer Verwendung unserer Website an unsere Partner für soziale Medien, Werbung und Analysen weiter. Unsere Partner führen diese Informationen möglicherweise mit weiteren Daten zusammen, die Sie ihnen bereitgestellt haben oder die sie im Rahmen Ihrer Nutzung der Dienste gesammelt haben. Weitere Informationen dazu finden Sie hier.

Notwendig    Präferenzen    Statistiken    Marketing    Details zeigen                                OK



Vonovia SE is Europe's leading private residential real estate company. Vonovia currently owns around 550,000 residential units in all attractive cities and regions in Germany, Sweden and Austria. It also manages around 72,400 apartments. Its portfolio is worth approximately € 99 billion. As a modern service provider, Vonovia focuses on customer orientation and tenant satisfaction. Offering tenants affordable, attractive and livable homes is a prerequisite for the company's successful development. Therefore, Vonovia makes long-term investments in the maintenance, modernization and senior-friendly conversion of its properties. The company is also creating more and more new apartments by realizing infill developments and adding to existing buildings.

How can I help you?



© VONOVIA SE 2022    |    Imprint    |    Cookie Policy    |    Data Privacy