UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
*In re Ex Parte* Application of FourWorld Event :
Opportunities Fund, L.P. for an order, pursuant to 28 :  Case No. 22-mc-00330
U.S.C. § 1782, Granting It Leave To Obtain Discovery for :
Use in Foreign Proceedings. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Petitioner FourWorld Event Opportunities Fund, L.P. (the "Petitioner") filed an *ex parte* application for an order seeking permission to obtain discovery from JPMorgan Chase & Co. ("JPM") for use in foreign court proceedings (together with all supporting papers, the "Application").  In the Application, Petitioner requested leave to serve upon JPM the subpoenas attached to the Transmittal Declaration of Marc R. Rosen as Exhibits 1 and 2 (the "Subpoenas"), requiring the production of documents and deposition testimony.

Upon consideration of the evidence and arguments presented in connection with the Application, the Court concludes that the requirements of 28 U.S.C. § 1782 are met.  The Application is therefore GRANTED, and it is ORDERED that Petitioner is authorized to serve upon JPM the Subpoenas, and that JPM is directed to comply with the Subpoenas forthwith in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  Nov. 22, 2022

_____
J. PAUL OETKEN
United States District Judge

The Clerk is directed to close ECF No. 2.